Martinez Farms Organic, Inc.

PO Box 1375
Freedom, CA 95019

# Invoice

| Date | Invoice # |
|---|---|
| 6/28/2006 | 7340 |

| Bill To | Ship To |
|---|---|
| M C PRODUCE<br>1995 ESTE 20 ST.<br>LOS ANGELES, CA 90058 | M C PRODUCE<br>1995 ESTE 20 ST.<br>LOS ANGELES, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 9114 | Net 15 | ESTEB | 6/28/2006 | TRUCK | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2,268 | 106 | 1LB CONVENTIONAL STRAWBERRY | 4.90 | 11,113.20 |
| 896 | 105 | OPEN PINE CONVENTIONAL STRAWBERRY | 5.90 | 5,286.40 |

*Partial payment made*
*$11,963.73*
*Balance Due*
*$4,435.87*

All work is complete!

| | Total | $16,399.60 |
|---|---|---|

| TRUCK | License State | Number | | MOTOR CARRIER BILL OF LADING FOR EXEMPT COMMODITIES Original Non-negotiable | Shipper's # | 9114 |
|---|---|---|---|---|---|---|
| TRUCK | CA | 4FR8696 | | | Carrie's # | |
| TRUCK | CA | | | | | |

N° 09114

(NAME AND ADDRESS OF CARRIER)

RECEIVED. From the shipper named herein, the perishable property described below, in good order and condition, except as noted below, market, consigned and destined as indicated below, pursuant to on agreement ( arranged by the truck broker, named herein, if any) whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property said to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby are agreed to by agreed to by the motor carrier the shipper, and the truck broker, if any.

| DATE | TO: (name and address of consignee) | FROM ( name and address of shipper |
|---|---|---|
| 6/28/06 | M.C PRODUCES. | **Martinez Farms** |
| Destination: LOS ANGELES CA. | | Loaded at: (Specify location of coler: packing house: field, ect. **Duran Cooling** |
| Stop-off instructions | | Truck Broker, if any: (Name and Address) |

| No Packages | Description of articles and special marks | Weight | Rate per | Amount Prepaid COLLECT |
|---|---|---|---|---|
| 2268 | STRAW. CONVENT. #1lbs MCP  $4.90 STRAWBERRY TRAYS, ORGANIC  ORGANIC STRAWBERRY TRAYS, CONSUMER 8-1 LBS  ORGANIC STRAWBERRY TRAYS, CONSUMER 12.8-8.62  ORGANIC ZUCCINI FUNEX MEDIUM  ORGANIC BLUE LAKE BEANS # 25 | | | |
| 896 | Straw. open pinc Vegi Gold - $5.90 | | | |
| 29 20 | TECTROL PALLETS RECORDER | | | |

CHARGES TO BE PAID BY

☐ Shipper   ☐ Receiver

THIS SHIPMENTS FREIGHT COLLECT
(Unless otherwise stated if the carrier named herein or its agent, delivers this shipment to the consignee, or its agent without payment of freight or other lawful charges, the carrier or its agent does so without recourse to the shipper or its agent

The agreed or declared value of the property is hereby specifically is hereby the shipper to be not in excess of
$_____

REFRIGERATION INSTRUCTIONS

Recor in Truck ☐ Yes ☐ No   Serial No. 8.5

Pulp Temperature When Loaded [33] low   Del'd [34] high

Temperature Range To Be Maintained [33] [34]

| Date | Time |
|---|---|
| 6/28/06 | 7:40p |

Loading started
Loading Complete
To be delivered before

SHIPPER_____
ADDRESS_____
PER_____

TRUCK BROKER_____
PER_____

SPECIAL INSTRUCTIONS:

TELEPHONE RECEIVED EVERY MORNING

MOTOR CARRIER  Sol Trans.
Driver  Pedro Silva  Lic. N_____

CONSIGNEE'S RECEIPT
Received above perishable property in good order, except as noted.

Phone Collect

(Area code)   Number   Date   Signed

Martinez Farms Organic, Inc.

PO Box 1375
Freedom, CA 95019

# Invoice

| Date | Invoice # |
|---|---|
| 6/29/2006 | 7390 |

**Bill To**

M C PRODUCE
1995 ESTE-20 ST.
LOS ANGELES, CA 90058

**Ship To**

M C PRODUCE
1995 ESTE 20 ST.
LOS ANGELES, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 9118/1114 | Net 15 | ESTEB | 6/29/2006 | TRUCK | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,120 | 105 | OPEN PINE CONVENTIONAL STRAWBERRY | 5.90 | 6,608.00 |
| 1,553 | 106 | 1LB CONVENTIONAL STRAWBERRY | 5.15 | 7,997.95 |

All work is complete!

**Total** $14,605.95

|        | License |        |
|--------|---------|--------|
|        | State   | Number |
| TRUCK  |         |        |
| TRUCK  |         |        |

## MOTOR CARRIER
### BILL OF LADING
FOR EXEMPT COMMODITIES
Original Non-negotiable

Shipper's # 9118

Carrie's # 1114

(NAME AND ADDRESS OF CARRIER)

Nº 09118

RECEIVED, From the shipper named herein, the perishable property described below, in good order and condition, except as noted below, market, consigned and destined as indicated below, pursuant to on agreement (arranged by the truck broker, named herein, if any) whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property said to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby are agreed to by agreed to by the motor carrier the shipper, and the truck broker, if any.

DATE: 1-29-06

TO: (name and address of consignee) M-C Produces L.A.

Destination:

Stop-off instructions

FROM (name and address of shipper: **Martinez Farms**

Loaded at: (Specify location of coler: packing house: field, ect. **Duran Cooling**

Truck Broker, if any: (Name and Address)

Motor carrier Arranged by _____ CONSIGNEE ____ SHIPPER ____

| No Packages | Description of articles and special marks | Weight | Rate per | Amount Prepaid | COLLECT |
|---|---|---|---|---|---|
| 1120 | Strawberry Trays: Pts. STRAWBERRY TRAYS, ORGANIC | | 5.90 | | |
|  | ORGANIC STRAWBERRY TRAYS, CONSUMER 8-1 LBS | | | | |
|  | ORGANIC STRAWBERRY TRAYS, CONSUMER 12.8-8.62 | | | | |
|  | ORGANIC ZUCCINI FUNEX MEDIUM | | | | |
|  | ORGANIC BLUE LAKE BEANS # 25 | | | | |
| 1553 | Strawberry Trays: Con 1 LB | | 5.15 | | |
| 24 | **TECTROL PALLETS RECORDER** | | | | |

CHARGES TO BE PAID BY

☐ Shipper  ☐ Receiver

THIS SHIPMENTS FREIGHT COLLECT

(Unless otherwise stated if the carrier named herein or its agent, delivers this shipment to the consignee, or its agent without payment of freight or other lawful charges, the carrier or its agent does so without recourse to the shipper or its agent

The agreed or declared value of the property is hereby specifically is hereby the shipper to be not in excess of

$_____

### REFRIGERATION INSTRUCTIONS

Recor in Truck ☐ Yes ☐ No   Serial No _____

Pulp Temperature When Loaded [33] low   Del'd [34] high

Temperature Range To Be Maintained [33] [34]

| Date | Time |
|---|---|
| 1/29/06 | 9:40p |

Loading started
Loading Complete
To be delivered before

SHIPPER _____
ADDRESS _____
PER _____

TRUCK BROKER _____
PER _____

SPECIAL INSTRUCTIONS:

TELEPHONE RECEIVED EVERY MORNING

MOTOR CARRIER Sol Transport

Driver G.D.   Lic. N _____

CONSIGNEE'S RECEIPT

Received above perishable property in good order, except as noted.

Martinez Farms Organic, Inc.

PO Box 1375
Freedom, CA 95019

# Invoice

| Date | Invoice # |
|---|---|
| 6/29/2006 | 7392 |

**Bill To**
M C PRODUCE
1995 ESTE 20 ST.
LOS ANGELES, CA 90058

**Ship To**
M C PRODUCE
1995 ESTE 20 ST.
LOS ANGELES, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 9115 | Net 15 | ESTEB | 6/29/2006 | TRUCK | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2,808 | 106 | 1LB CONVENTIONAL STRAWBERRY | 5.15 | 14,461.20 |

All work is complete!

**Total**  $14,461.20

# MOTOR CARRIER BILL OF LADING
FOR EXEMPT COMMODITIES
Original Non-negotiable

| TRUCK | License State | Number | |
|---|---|---|---|
| TRUCK | CA | LOCAL | |

(NAME AND ADDRESS OF CARRIER) Sol Transport

Shipper's #: 9115
Carrier's #:
№ 09115

RECEIVED. From the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any) whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby are agreed to by agreed to by the motor carrier the shipper, and the truck broker, if any.

DATE: 6-29-06
TO: (name and address of consignee) m.c. produces
Destination: los angeles ca
Stop-off instructions:

FROM (name and address of shipper): Martinez Farms
Loaded at (Specify location of color: packing house, field, ect.: ~~Duran Cooling~~ Romoted
Truck Broker, if any: (Name and Address)

| No Packages | Description of articles and special marks | Weight | Rate per | Prepaid | Amount COLLECT |
|---|---|---|---|---|---|
| 2808 | strw #1 conv, leo brand<br>STRAWBERRY TRAYS, ORGANIC<br>ORGANIC STRAWBERRY TRAYS, CONSUMER 8-1 LBS<br>ORGANIC STRAWBERRY TRAYS, CONSUMER 12.8-8.62<br>ORGANIC ZUCCINI FUNEX MEDIUM<br>ORGANIC BLUE LAKE BEANS #25 | | 5.40 | | |
| 26 | TECTROL PALLETS RECORDER | | | | |

CHARGES TO BE PAID BY
☐ Shipper  ☐ Receiver

THIS SHIPMENTS FREEIGHT COLLECT
(Unless otherwise stated if the carrier named herein or its agent, delivers this shipment to the consignee, or its agent without payment of freight or other lawful charges, the carrier or its agent does so without recourse to the shipper or its agent.)

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $_____

## REFRIGERATION INSTRUCTIONS
Recor In Truck ☐ Yes ☐ No   Serial No_____
Pulp Temperature When Loaded: 33   Del'd: 34
Temperature Range To Be Maintained: Low___ High___
Date___ Time___
Loading started
Loading Complete
To be delivered before

SHIPPER_____
ADDRESS_____
PER_____
TRUCK BROKER_____
PER_____

## SPECIAL INSTRUCTIONS:
TELEPHONE RECEIVED EVERY MORNING

Phone Collect
(Area code) ___ Number ___

MOTOR CARRIER: Sol Transport
Driver: _____   Lic. N: CA LOCAL
CONSIGNEE'S RECEIPT
Received above perishable property in good order, except as noted

Martinez Farms Organic, Inc.

PO Box 1375
Freedom, CA 95019

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2006 | 7391 |

**Bill To**

M C PRODUCE
1995 ESTE 20 ST.
LOS ANGELES, CA 90058

**Ship To**

M C PRODUCE
1995 ESTE 20 ST.
LOS ANGELES, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 8983 | Net 15 | ESTEB | 6/30/2006 | TRUCK | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2,850 | 106 | 1LB CONVENTIONAL STRAWBERRY | 5.15 | 14,677.50 |
| 60 | 105 | OPEN PINE CONVENTIONAL STRAWBERRY | 5.90 | 354.00 |

All work is complete!

**Total** $15,031.50

**MOTOR CARRIER BILL OF LADING**
FOR EXEMPT COMMODITIES
Original Non-negotiable

Nº 8983
Shipper's # 8983
Carrie's #

| TRUCK | License State | Number |
|---|---|---|
| TRUCK | CA | NCP4886 |
| TRUCK | CA | MP2931 |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, From the shipper named herein, the perishable property described below, in good order and condition, except as noted below, market, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any) whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property said to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby are agreed to by agreed to by the motor carrier the shipper, and the truck broker, if any.

DATE: 6-30-06
TO: (name and address of consignee) M.C. Produce L.A.
Destination:
Stop-off Instructions

FROM (name and address of shipper: **Martinez Farms**
Loaded at: (Specify location of color, packing house: field, ect. **Duran Cooling**
Truck Broker, if any: (Name and Address)

Motor carrier Arranged for By........... CONSIGNEE   SHIPPER

| No Packages | Description of articles and special marks | Weight | Rate per | Amount Prepaid | COLLECT |
|---|---|---|---|---|---|
| 2850 | Strawberry Trays: Con 1 LB | | 5.15 | | |
| | ORGANIC STRAWBERRY TRAYS, CONSUMER 8-1 LBS | | | | |
| | ORGANICN STRAWBERRY TRAYS, CONSUMER 4-2 LBS | | | | |
| | ORGANIC STRAWBERRY TRAYS, CONSUMER 12.8-8.62 | | | | |
| | STRABERRY TRAYS, CONSUMER ORAGNIC | | | | |
| | ORGANIC YELLOW ZUCCINI #22 | | | | |
| | ORGANIC ZUCCINI FUNEX MEDIUM | | | | |
| | ORGANIC YELLOW BEANS # 10 | | | | |
| | ORGANIC BLUE LAKE BEANS # 25 | | | | |
| | ORGANIC INGLIS PEAS # 10 | | | | |
| 60 | Strawberry Trays: Pts. TECTROL PALLETS RECORDER | | 5.90 | | |

CHARGES TO BE PAID BY
☐ Shipper ☐ Receiver

THIS SHIPMENTS FREEIGHT COLLECT
(Unless otherwise stated if the carrier named herein or its agent, delivers this shipment to the consignee or its agent without payment of freight or other lawful charges, the carrier or its agent does so without recourse to the shipper or its agent)

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of
$_____

**REFRIGERATION INSTRUCTIONS**
Recor In Truck ☐ Yes ☐ No  Serial No_____
Pulp Temperature When Loaded [33] Del'd [34]
Temperature Range To Be Maintained [33] [34]
Date / Time: 6/30/06  8:11a
Loading started
Loading Complete
To be delivered before

SHIPPER_____
ADDRESS_____
PER_____
TRUCK BROKER_____
PER_____

SPECIAL INSTRUCTIONS:
TELEPHONE RECEIVED EVERY MORNING

MOTOR CARRIER: Sol transport
Driver: Alejandro R.   Lic. N

CONSIGNEE'S RECEIPT
Received above perishable property in good order, except as noted.

Phone Collect
(Area code)  Number          Date        Signed