Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
Anastassiou & Associates
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile (831) 754-0621

Attorneys for Plaintiff
MARTINEZ FARMS ORGANIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARTINEZ FARMS ORGANIC, INC., A California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MC PRODUCE DISTRIBUTING, INC., A California Corporation, MANUEL CUEVAS, an individual; and Does 1 through 20, inclusive<br><br>Defendants. | CASE NO. C07-02975 PVT<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: June 6, 2007

ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou
Attorneys for Plaintiff
Martinez Farms Organic, Inc.

F:\MFO\MC Produce Litigation\Decline Magistrate.wpd

Martinez Farms Organic, Inc. v. MC Produce Distributing, Inc.   Request for Reassignment
Case No.: C07-02975 PVT                     1