UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ FARMS ORGANIC, INC., | No. C 07-02975 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| MC PRODUCE DISTRIBUTING, INC., ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for September 10, 2007 @ 10:00 AM, has been reset to **September 17, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: June 21, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy