| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ANASTASSIOU & ASSOCIATES<br>P.O. BOX 2210<br>SALINAS, CA 93902 | (831) 754-2501 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00032029-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

SHORT NAME OF CASE
MARTINEZ FARM vs. MC PRODUCE

| NOT FOUND RETURN | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0702975PVT |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I received the following documents on 06/14/07: CIVIL CASE COVER SHEET; SUMMONS IN A CIVIL CASE

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:

Name: MC PRODUCE DISTRIBUTING INC., A CALIFORNIA CORPORATION

12086 MORNING AVE.
DOWNEY, CA 90242

Process is being returned without service for the following reason(s):

| Date | Time | Reason |
|---|---|---|
| 06/16/07 | 07:40 am | NO ANSWER AT DOOR (RESIDENCE) NO CARS IN DRIVEWAY. |
| 06/17/07 | 07:58 pm | NO ANSWER AT DOOR (RESIDENCE). NO LIGHTS OR ACTIVITY. |
| 06/18/07 | 07:39 am | NO ANSWER AT DOOR (RESIDENCE) NEIGHBOR NOT HELP. |
| 06/19/07 | 05:12 pm | NO ANSWER AT DOOR (RESIDENCE). NO LIGHTS OR ACTIVITY. NEIGHBOR THINKS THERE OUT OF TOWN, NO CAR IN DRIVEWAY. |
| 06/20/07 | 07:47 pm | NO ANSWER AT DOOR (RESIDENCE). NO LIGHTS OR ACTIVITY. |
| 06/28/07 | | NON-SERVER WAS MAILED AT CLIENT'S REQUEST. |
| 06/29/07 | | CANCEL & RETURN |

Fee for service: $ 70.00

Registered: LOS ANGELES County,
Number: 4106

*Providing Superior Service*

California Attorney Service
A.C.A.S. Professional Services Company
801 South Victoria Avenue, Suite 302
Ventura, CA 93003
(805) 477-4321 or

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

on: July 2, 2007

Signature: _Katherine C. B._
Name: KATHERINE C. BROWN

30Z/00032029-01                    NOT FOUND RETURN

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ANASTASSIOU & ASSOCIATES<br>P.O. BOX 2210<br>SALINAS, CA 93902 | (831) 754-2501 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00032029-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

SHORT NAME OF CASE
MARTINEZ FARM vs. MC PRODUCE

| NOT FOUND RETURN | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0702975PVT |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I received the following documents on 06/14/07: CIVIL CASE COVER SHEET; SUMMONS IN A CIVIL CASE

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:

  Name: MANUEL CUEVAS, AN INDIVIDUAL

    12086 MORNING AVE.
    DOWNEY, CA 90242

Process is being returned without service for the following reason(s):

| | | |
|---|---|---|
| 06/16/07 | 07:40 am | NO ANSWER AT DOOR (RESIDENCE) NO CARS IN DRIVEWAY. |
| 06/17/07 | 07:58 pm | NO ANSWER AT DOOR (RESIDENCE). NO LIGHTS OR ACTIVITY. |
| 06/18/07 | 07:39 am | NO ANSWER AT DOOR (RESIDENCE) NEIGHBOR NOT HELP. |
| 06/19/07 | 05:12 pm | NO ANSWER AT DOOR (RESIDENCE). NO LIGHTS OR ACTIVITY. NEIGHBOR THINKS THERE OUT OF TOWN, NO CAR IN DRIVEWAY. |
| 06/20/07 | 07:47 pm | NO ANSWER AT DOOR (RESIDENCE). NO LIGHTS OR ACTIVITY. |
| 06/28/07 | | NON-SERVE WAS MAILED AT CLIENT'S REQUEST. |
| 06/29/07 | | CANCEL & RETURN |

Fee for service: $ 70.00

Registered: LOS ANGELES County,
Number: 4106

*Providing Superior Service*

California Attorney Service
A C.A.S. Professional Services Company
801 South Victoria Avenue, Suite 302
Ventura, CA 93003
(805) 477-4321 or

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

on: July 2, 2007

Signature: *Katherine C. Br*
Name: KATHERINE C. BROWN

30Z/00032029-02                                NOT FOUND RETURN