Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
Anastassiou & Associates
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
(831) 754-2501
FAX (831)754-0621

Attorneys for Plaintiff
MARTINEZ FARMS ORGANIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARTINEZ FARMS ORGANIC, INC., A California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MC PRODUCE DISTRIBUTING, INC., A California Corporation, MANUEL CUEVAS, an individual; and Does 1 through 20, inclusive<br><br>Defendants. | CASE NO. 07-02975<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and by and between Plaintiff, MARTINEZ FARMS ORGANIC, INC. ("Plaintiff"), and Defendant, MC PRODUCE DISTRIBUTING, INC. ("Defendant"), that the above captioned matter be dismissed in its entirety, with prejudice.

DATED: July 20, 2007                           ANASTASSIOU & ASSOCIATES

                                                By: _____
                                                Effie F. Anastassiou, Attorney for
                                                Plaintiffs, MARTINEZ FARMS
                                                ORGANIC, INC

```
1  DATED: July     , 2007
2                                               By: /s/ Manuel Cuevas
3                                                   Manuel Cuevas, Pro Se
                                                    MC PRODUCE DISTRIBUTING, INC.
4
5
6  F:\MFO\MC Produce Litigation\Pleadings\Stipulation to Dismiss Action.wpd
7
```

Martinez Farms Organic, Inc. v. MC Produce Distributing, Inc.  
Case No.:                           2                           Stipulation to Dismiss Entire Action