# PROOF OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 242 Capitol Street, Salinas, California 93901.

On the date set forth below, I caused the following document(s) entitled:

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

| | |
|---|---|
| X | **BY MAIL.** By placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Anastassiou & Associates, Salinas, California addressed as shown below. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing. |
| | **BY HAND-DELIVERY.** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below. |
| | **BY OVERNIGHT DELIVERY.** By placing with an overnight mail company for delivery a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Anastassiou & Associates, addressed as shown below. |
| X | **BY FACSIMILE TRANSMISSION.** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 754-0621 to the interested party(ies) or their attorney(s) of record to said action at the facsimile number(s) shown below. |
| | **BY ELECTRONIC MAIL.** By transmitting a true copy thereof by electronic mail from e-mail address efaparalegal@juno.com to the interested party(ies) or their attorney(s) of record to said action at the electronic mail address(es) shown below. |

Manuel Cuevas
MC PRODUCE DISTRIBUTING, INC.
12086 Morning Avenue
Downey, CA 90242
Telephone: 213.792.3460
Fax: 323.263.1494
**Pro Se**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2007, at Salinas, California.

Sheresa L. Tanner

Martinez Farms Organic, Inc. v. MC Produce Distributing, Inc.
Case No.:                                    Stipulation to Dismiss Entire Action

3